CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: Hattiesburg

COUNTY: Forrest

RELATED CASE INFORMATION: 2:16cr3 KS-MTP-2
SUPERSEDING INDICTMENT _____ DOCKET # _____
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES  X  NO

MATTER TO BE SEALED:  X  YES ___ NO

NAME/ALIAS: Artie Fletcher

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 10 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

**U.S. ATTORNEY INFORMATION:**

AUSA  Jay T. Golden   BAR # 4881

INTERPRETER:  X  NO ___ YES  LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**   ARREST DATE _____

___ ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 3   ___ PETTY   ___ MISDEMEANOR   3   FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1   18:371.F | 18 USC 371 | Conspiracy to Defraud the United States | 1 |
| Set 2   18:1956-7477.F | 18 USC 1956(h) | Conspiracy to Commit Money Laundering | 4 |
| Set 3   18:1957-5800.F | 18 USC 1957 | Engaging in Monetary Transaction in Property Derived from Specified Unlawful Activity | 7 |
| Set 4 | | | |
| Set 5 | | | |

Date: 3/9/16   SIGNATURE OF AUSA: _____

(Revised 2/26/10)