

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 2:16cr3KS-MTP

KENNETH FAIRLEY, ET AL.

## MOTION AND ORDER TO UNSEAL

COMES NOW the United States of America, through its undersigned Assistant United

States Attorney, and hereby files its motion to unseal the Indictment and this case.

WHEREFORE, the United States requests that the Court unseal the Indictment and this

case.

Date: March 23, 2016                     Respectfully submitted,

                                         GREGORY K. DAVIS
                                         United States Attorney

                                    By:  _____
                                         Jay T. Golden
                                         Assistant U.S. Attorney
                                         MSB No. 4881

CONSIDERING THE FOREGOING,

IT IS HEREBY ORDERED that upon request of United States Attorney, the Clerk is

directed to unseal the indictment and this case.

SO ORDERED, this the __23__ day of ___March___, 2016.

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE