IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:16cr3KS-MTP

KENNETH FAIRLEY, ET AL.

MOTION AND ORDER TO UNSEAL

COMES NOW the United States of America, through its undersigned Assistant United States Attorney, and hereby files its motion to unseal the Indictment and this case.

WHEREFORE, the United States requests that the Court unseal the Indictment and this case.

Date: March 23, 2016

Respectfully submitted,

GREGORY K. DAVIS
United States Attorney

By: _____
Jay T. Golden
Assistant U.S. Attorney
MSB No. 4881

CONSIDERING THE FOREGOING,

IT IS HEREBY ORDERED that upon request of United States Attorney, the Clerk is directed to unseal the indictment and this case.

SO ORDERED, this the 23 day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE