IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                         CRIMINAL NO. 2:l6cr3-KS-MTP

KENNETH E. FAIRLEY

## ORDER

BE IT REMEMBERED that on the 3rd day of September, 2016, citizens were on the Main Street or south side of the Federal Courthouse in Hattiesburg exercising their First Amendment rights to assemble and free speech and this Court finds that the exercise was appropriate and protected by the Constitution; and

THAT a trial by jury in the above styled case is set to begin Tuesday, September 6, 2016, and a large venire of jurors has been summoned for the trial; and

THAT there has been an unusually large amount of media coverage of this trial and the Court has gone to extra measures to insure that both sides are afforded a fair trial, and that the jury is protected from outside influences; and

THAT the right to a fair jury of one's peers is also protected by the Constitution and this Court finds that both the rights of free speech and fair trial are of equal importance to the public; and

THAT in order to protect the rights of all citizens, this Court finds that any exercising of speech or assembly should be kept separate from the jury pool and any undue contact with the jurors.

NOW, THEREFORE, IT IS HEREBY ORDERED that the jurors will enter the

courthouse from the north (parking lot) entrance, and that citizens exercising their right to free speech or assembly should be restricted to the Main Street, or south side of the courthouse. At no time should any citizens group exercise its right to free speech in earshot of the prospective jury pool.

SO ORDERED this the 5th day of September, 2016.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE