


U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
OFFICE OF INSPECTOR GENERAL

# MEMORANDUM OF ACTIVITY

CASE NUMBER: 2010HR003067I

On April 13, 2015, Special Agent (SA) Robert Weeks, U.S. Department of Housing & Urban Development, Office of Inspector General, Office of Investigation, Jackson, Mississippi, SA David Roncska, Federal Bureau of Investigation, (FBI), and SA James Grimes, Office of State Auditor's Office, State of Mississippi (OSA) traveled to the City of Hattiesburg's Department of Federal & State Grants Department and met with LakeyLah White, Director.

Agents requested to view all files associated with Pinebelt Community Services (PBCS) and the funding that PBCS received through their Community Development Block Grant Program. The files that were reviewed were for the HOME grant, Meals Program, and First Tee Program where PBCS received federal funding to administer these programs.

With the HOME grant program it was determined that the City of Hattiesburg was issuing final payment for work performed before the City Inspector would have the opportunity to conduct the final inspection and in a few cases the inspection failed after the City of Hattiesburg had already rendered final payment.

With the Meals Program and the First Tee Program the files did not contain proper documentation to satisfy the grant requirement.

Agents requested that all files associated with PBCS be copied and turned over to HUD-OIG. White agreed to produce the copies of the files and would be ready on Wednesday, April 15, 2015.

End of Activity.

Conducted by:

Special Agent Robert Weeks

Date of Activity: 04/13/2015
Date Reported: 04/14/2015
Date Approved: 4/16/2015 11:10:10 AM

**FOR OFFICIAL USE ONLY**

This report is the property of the Office of Investigation. It contains neither recommendations nor conclusions of the Office of Inspector General. It and its contents may not be reproduced without written permission. This report is FOR OFFICIAL USE ONLY and its disclosure to unauthorized persons is prohibited. Public availability to be determined under 5 U.S.C.§ 552,552a.

Exhibit "I"

OFFICE OF INVESTIGATION                                       Page 1 of 1