

**MEMORANDUM OF INTERVIEW**

U.S. Department of Housing and Urban Development
Office of Inspector General
Office of Investigation

CASE NUMBER: 2010HR003067I – FLETCHER, Artie

On April 14, 2014, Special Agent Robert Weeks, United States Department of Housing & Urban Development, Office of Inspector General (HUD-OIG), Office of Investigation, Jackson, MS traveled to the Federal Bureau of Investigation (FBI) 6635 Highway 98 West, Suite 400, Hattiesburg, MS 39042 to conduct an interview with Artie FLETCHER, Owner of Interurban Housing Corporation (Interurban) whose address is 7633 Edwards Street, New Orleans, LA 70126.

Also attending this interview was Attorney Clarence Roby Jr. of The Law Firm of Clarence Roby Jr. who is currently representing Artie FLETCHER, Special Agent David Roncska (FBI), Special Agent Nate Songer (FBI), and Special Agent James Grimes, Office of the State Auditor, State of Mississippi.

After being appraised of the identity of the interviewing agents and the purpose of the interview Artie FLETCHER voluntarily provided the following information. Mr. FLETCHER's date of birth is 08/01/1960, social security number 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 and currently resides at 103 Sleepy Hollow, Picayune, MS 39466.

FLETCHER stated that he was the Owner of Interurban Housing Corporation of New Orleans, Louisiana and works in the construction business. FLETCHER stated that he has had the opportunity to do work associated with federal funding through Mississippi Development Authority after Hurricane Isaac impacted the Mississippi Gulf Coast.

FLETCHER stated that he was approached by his longtime friend of 25 years or more Reverend Kenneth Fairley of Mount Carmel Baptist Church and the Director of the non-profit organization Pinebelt Community Services, Inc. Fairley asked FLETCHER to provide funding to Pinebelt Community Services, Inc. in what he referenced as "seed money" and the authorization for Fairley to use Interurban Housing Corporation's name to help qualify for federal grants administered through the City of Hattiesburg, MS and funded by the Housing & Urban Development. These grants were to be used to rehabilitate several real estate properties in Hattiesburg, MS.

FLETCHER agreed to provide financial assistance to Fairley and discussed this agreement with his wife Lisa Fletcher who was associated with another non-profit organization Neighborhood Improvement Community Education (NICE) which is based out of New Orleans, LA. Artie FLETCHER was the founder of this nonprofit. With the authorization of FLETCHER, NICE issued approx. nine (9) checks to Pinebelt Community Services, Inc. totaling $228,000.00.

| Conducted by: | FOR OFFICIAL USE ONLY |
|---|---|
| Special Agent Robert Weeks | This report is the property of the Office of Investigation. It contains neither recommendations or conclusions of the Office of Inspector General. It and its contents may not be reproduced without written permission. This report is FOR OFFICIAL USE ONLY and its disclosure to unauthorized persons is prohibited. Public availability to be determined under 5 U.S.C. § 552, 552a. |
| Date Interviewed: 04/14/2014 | |
| Date Reported: 04/16/2014 | OIGM 3000 Appendix 4b, (Rev. 10-01-10) |
| Date Approved: 4/29/2014 6:13:55 PM | |

Exhibit "2"