FD-302 (Rev. 5-8-10)

-1 of 1-

 OFFICIAL RECORD

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    09/18/2014

On June 13, 2014, Federal Bureau of Investigation Special Agent (SA) David L. Roncska, United States Department of Housing & Urban Development, Office of Inspector General (HUD-OIG) SA Robert Weeks, Internal Revenue Service SA Bradley Luker, Mississippi State Auditor's Office SA James Grime, and Assistant United State Attorney (AUSA) Mike Hurst conducted an interview of Artie FLETCHER, Owner of Interurban Housing Corporation whose address is 7633 Edwards Street, New Orleans, LA 70126 at the United States Attorney's Office located in Gulfport Mississippi. Also attending the interview was a Attorney who was filling in for Attorney Clarence Roby Jr. of The Law Firm of Clarence Roby Jr. who is currently representing FLETCHER.

During the interview FLETCHER placed a consensual recorded telephone call to Kenneth Fairley on the behalf of HUD OIG. The recorded telephone call was maintained by HUD OIG. FLETCHER also advised Agents that he would record and turn over any subsequent telephone calls with Fairley.

On or about June 18, 2014, SA Roncska received a package from Clarence Roby Jr. The package contained one compact disc containing three telephone between FLETHCER and Fairley.

The original CD is maintained in ELSUR evidence.

Investigation on  06/18/2014  at   Hattiesburg, Mississippi, United States (, Other (Information))

File #  46B-JN-4797896                                                    Date drafted  09/17/2014

by  DAVID L. RONCSKA

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Exhibit "3"