FD-302 (Rev. 5-8-10)

- 1 of 1 -

 OFFICIAL RECORD

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    06/18/2014

On June 13, 2014, Federal Bureau of Investigation Special Agent (SA) David L. Roncska, HUD Office OIG SA Robert Weeks, IRS CID SA Bradley Luker and Assistant United State Attorney (AUSA) Mike Hurst met with Artie Fletcher and his lawyer at the AUSA's office in Gulfport, Mississippi. During the interview Fletcher placed a consensually recorded telephone call to Kenneth Fairley on the behalf of HUD OIG. The recorded telephone call was maintained by HUD OIG. Fletcher also provided the following telephone number of individuals related to the captioned case:

Mount Carmel church - 601-583-4943

Kenneth Fairley - 601-606-5909

Johniece Dupree - 601-270-4731

Johnny Dupree - 601-520-8500

Sandra Fairley - 601-606-0043

Comments: Kenneth Fariley's wife

Sharon Fairley - 601-606-2645

Comments: Kenneth Fariley's niece and Gabe Bobbett's wife

Anthony Harris - 601-441-1122, 601-264-3573

Investigation on  06/13/2014  at  Gulfport, Mississippi, United States (In Person)

File #  46B-JN-4797896                                          Date drafted  06/17/2014

by  DAVID L. RONCSKA

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

*Exhibit "4"*