IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                                                    CRIMINAL NO. 2:16cr3KS-MTP

KENNETH E. FAIRLEY and
ARTIE FLETCHER

GOVERNMENT'S RULE 48(a) MOTION TO ELECT TO PROCEED
ON COUNTS 1, 2, 3 AND 7 AND TO DISMISS COUNTS 4, 5 AND 6

The United States of America, through its undersigned Assistant United States Attorney, hereby files its motion for leave of Court to permit the government to dismiss Counts 4, 5 and 6 and for grounds would state that the conduct underlying Counts 4, 5 and 6 may be adequately developed in relation to the remaining counts of the indictment in this case.

Respectfully submitted,

Dated:   September 6, 2016            GREGORY K. DAVIS
                                       United States Attorney

                            By:    /s   Jay T. Golden
                                   Jay T. Golden
                                   Assistant United States Attorney
                                   MS Bar No. 4881
                                   1575 20th Avenue
                                   Gulfport, MS 39501
                                   Ph: (228)563-1560
                                   Fax: (228)563-1571
                                   E-mail: Jay.Golden@usdoj.gov


CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2016, I electronically filed the foregoing motion with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record.

                                   /s/ Jay T. Golden
                                   Jay T. Golden
                                   Assistant U.S. Attorney