UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**United States of America**

    vs.                                          **Criminal No. 2:16-cr-3  KS - MTP**

**Kenneth E. Fairley, Sr., and
Artie Fletcher,**

**Defendants**

## Motion for Continuance

COMES NOW Defendant Kenneth Fairley, Sr., and respectfully moves this Court for a continuance of the reporting date for responses and objections to the Presentence Report.  Mr. Fairley is currently scheduled for sentencing on December 19, 2016.  The responses and objections are due on Friday, October 28, 2016.  Mr. Fairley requests a two-week extension of this deadline to November 11, 2016.  Counsel for Mr. Fairley has conferred with the government regarding this extension, and the government does not object.

                                                      Respectfully Submitted,

                                                      /s/ Arnold A. Spencer
                                                      Arnold A. Spencer
                                                      Counsel for Kenneth Fairley, Sr.
                                                      Spencer & Associates
                                                      Pro Hac Vice
                                                      Texas State Bar # 00791709
                                                      201 Main Street, Suite 1375
                                                      Fort Worth, Texas 76102
                                                      (214) 385-8500
                                                      arnoldspencer75225@gmail.com

> Bertram Marks
> Counsel for Kenneth Fairley Sr.
> Litigation Associates PLLC
> Pro Hac Vice
> Michigan Bar # 47829
> 7375 Woodward Avenue
> Suite 2000
> Detroit, Michigan 48212
> 248 737-4444
> bmarks@litigationassociatespllc.com
>
> Sanford Knott
> MSB # 8477
> PO Box 1208
> Jackson, Mississippi  39215
> Counsel for Kenneth Fairley, Sr.

## Certificate of Service

I, Arnold A. Spencer, hereby certify that on **October 26, 2016**, a true and correct copy of the above and foregoing pleading has been served by electronic mail to the following:

> Asst. U.S. Attorney Jay Golden
> United States Attorney's Office
> 501 East Court Street, Suite 4.430
> Jackson, Mississippi 39201

> /s/ Arnold A. Spencer
> Arnold A. Spencer

## Certificate of Conference

I, Arnold A. Spencer, hereby certify that on **October 26, 2016**, I conferred with A.U.S.A. Jay Golden, counsel for the United States, about the foregoing matter.

> /s/ Arnold A. Spencer
> Arnold A. Spencer