IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 17-60001

2:16cr3-KS-MTP

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 25 2017
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

KENNETH E. FAIRLEY,

    Defendant - Appellant

Appeal from the United States District Court for the
Southern District of Mississippi, Hattiesburg

ORDER:

    IT IS ORDERED that the unopposed motion of the Appellee to view and obtain the sealed documents contained in the supplemental record on appeal is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT