## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

September 25, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 17-60001   USA v. Kenneth Fairley  
                 USDC No. 2:16-CR-3-1

Enclosed is an order entered in this case.

The court has granted the unopposed motion of counsel for the United States of America to view and obtain sealed documents contained in the supplemental record on appeal. In accordance with this court's order, counsel may obtain the sealed materials from the District Court, *exclusive of any document that was filed under seal and ex parte*. The sealed materials are for your review ONLY. This material should be maintained in your office under seal and returned to the District Court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Connie Brown, Deputy Clerk  
504-310-7671

Mr. Gaines H. Cleveland  
Mr. Jay Tresca Golden  
Mr. Arthur S. Johnston III  
Mr. Sanford Knott  
Mr. Herbert V. Larson Jr.  
Mr. Arnold Augur Spencer